■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR ELLISON, Appellant.—Appeal by the defendant from three judgments of the Supreme Court, Kings County (Owens, J.), all rendered April 22, 1983.

Ordered that the judgments are affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9). Mollen, P. J., Lawrence, Eiber, Sullivan and Balletta, JJ., concur.